Floyd W. Bybee, #012651
**LAW OFFICE OF**
**FLOYD W. BYBEE, PLLC**
4445 E. Holmes Avenue
Suite 107
Mesa, Arizona 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**Terry L. McVey,**

Plaintiff,

v.

**COLLINS LAW OFFICES, LLC, Timothy R. Collins, and Andrew Fittings,**

Defendants.

**No. CV 2007-0057-TUC-DCB**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, Collins Law Offices, LLC, Timothy R. Collins, and Andrew Fittings, by and through counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

DATED March 18, 2009 .

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**LAW OFFICE OF**
**FLOYD W. BYBEE, PLLC**
4445 E. Holmes Avenue
Suite 107
Mesa, Arizona 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

s/ Cynthia L. Fulton
Cynthia L. Fulton
**FULTON FRIEDMAN & GULLACE LLP**
130 N. Central Avenue
Suite 200
Phoenix, Az. 85004
866-563-0809

Attorney for Defendants