UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-07-057-TUC-DCB                    Date: March 19, 2009

Title: *McVey v. Collins*

---

### HONORABLE DAVID C. BURY

---

Proceedings:         \_\_\_\_\_Open Court        \_\_\_\_\_Chambers        X  Other

   PLEASE TAKE NOTICE:

   Plaintiff and Defendants, having stipulated to dismissal of this action with prejudice, and good cause appearing,

   **IT IS HEREBY ORDERED** dismissing this action against Collins Law Offices, LLC, Timothy R. Collins, and Andrew Fittings with prejudice, each party to bear its own attorney fees and costs.  This case is closed.

DATED this 19th day of March, 2009.

*/s/ David C. Bury*
David C. Bury
United States District Judge